IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EVERGREEN INTERNATIONAL<br>AVIATION, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 13-13364 (MFW)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, as Chapter 7<br>Trustee for Evergreen International Aviation,<br>Inc. *et al.*,<br><br>Plaintiff,<br>v.<br><br>WORLD FUEL SERVICES, INC. and<br>EVERGREEN HOLDINGS, INC.,<br><br>Defendants. | Adv. No. 15-51918 (MFW) |

## SCHEDULING ORDER

To promote the efficient and expeditious disposition of the above-captioned adversary proceeding,

**IT IS HEREBY ORDERED** that:

1. The discovery planning conference described in Fed.R.Civ.P. 26(f), made applicable by Fed.R.Bankr.P. 7026, shall be deemed to have taken place, provided, however, that the parties each reserve their rights regarding issues concerning electronic discovery.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (0952); and Supertanker Services, Inc. (3389). The Debtors' former address was 3850 Three Mile Lane, McMinnville, Oregon 97128.

58383588.2

2. The parties shall provide the initial disclosures under Fed.R.Civ.P. 26(a)(1) no later than twenty one (21) days after the date that this Scheduling Order is entered. Any extension of the deadline to provide initial disclosures must be by Order of the Court and will only be granted for good cause shown.

3. All fact discovery shall be completed no later than one hundred twenty (120) days after the date that this Scheduling Order is entered.

4. Any expert report required pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) shall be served by the Party which bears the burden of proof for that issue, not including any report by Plaintiff on insolvency of the Debtor, no later than one hundred forty (140) days after the date that this Scheduling Order is entered. If the Defendant intends to provide expert testimony regarding the insolvency of the Debtors, notice of the Defendant's intent to submit any such expert report must be provided no later than one hundred forty (140) days after the date that this Scheduling Order is entered, and any such expert report must be provided no later than one hundred sixty (160) days after the date that this Scheduling Order is entered. Any expert rebuttal report by Plaintiff on the insolvency of the Debtors shall be provided no later than one hundred seventy (170) days after the date that this Scheduling Order is entered. Any Party's expert report intended to rebut any other expert report, including any other expert reports that may be filed earlier than the deadlines established in this subparagraph, shall be provided no later than thirty (30) days after the report being rebutted. All reports shall provide the information required by Fed.R.Civ.P. 26(a)(2)(B). All expert discovery shall be

58383588.2

completed, and discovery shall close, no later than one hundred eighty (180) days after the date that this Scheduling Order is entered.

5. All dispositive motions shall be filed and served no later than thirty (30) days after the close of all discovery and shall be subject to Rule 7007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

6. The parties shall file, no later than five (5) business days prior to the date set for Trial, their Joint Pretrial Memorandum approved by all counsel and shall contemporaneously deliver two (2) copies thereof to Judge Walrath's chambers.

7. As soon as is feasible after the close of all discovery, the Plaintiff shall contact the Court to schedule a final pretrial conference in accordance with Rule 7016-2(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

8. The Plaintiff shall immediately notify Chambers upon the settlement, dismissal or other resolution of the adversary proceeding subject to this Order and shall file with the Court appropriate evidence of such resolution as soon thereafter as is feasible. Plaintiff shall immediately advise Chambers, in writing, of any occurrence or circumstance which Plaintiff believes may suggest or necessitate the adjournment or other modification of the trial setting.

9. Deadlines contained in this Scheduling Order may be extended only by the Court and only upon written motion or stipulation for cause shown.

58383588.2

10. The Plaintiff shall serve this Scheduling Order on each Defendant within five (5) business days after the entry of this Order.

Dated: _____April 27_____, 2017

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge