**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| EVERGREEN INTERNATIONAL AVIATION, INC., et al., | ) ) ) | Case No. 13-13364 (MFW) |
| Debtors. | ) ) | |
| _____ | ) ) | (Jointly Administered) |
| ALFRED T. GIULIANO, Chapter 7 Trustee for Evergreen International Aviation, Inc., et al., | ) ) ) ) ) | |
| Plaintiff, | ) ) | Adv. No. 15-51918 (MFW) |
| v. | ) ) | |
| WORLD FUEL SERVICES, INC., and EVERGREEN HOLDINGS, INC., | ) ) ) | |
| Defendants. _____ | ) ) | |

**O R D E R**

Before the Court are the cross motions for summary judgment filed by Plaintiff Alfred T. Guiliano and Defendant World Fuel Services, Inc.  After considering the parties' briefs, it is hereby

**ORDERED** that the Trustee's and World Fuel's cross Motions for Partial Summary Judgment are **DENIED** with respect to Counts 4 and 5 of the Complaint; and it is further

**ORDERED** that World Fuel's Motion for Partial Summary

Judgment is **GRANTED** with respect to Counts 6, 7, and 8 of the Complaint.

Date: August 22, 2018          BY THE COURT:

 

Mary F. Walrath
United States Bankruptcy Judge


cc:   Peter J. Keane, Esquire
     Justin K. Edelson, Esquire