IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 7 |
| EVERGREEN INTERNATIONAL AVIATION, INC., *et al.*,[1] | ) Case No. 13-13364 (MFW) |
| Debtors. | ) (Jointly Administered) |
| ALFRED T. GIULIANO, as Chapter 7 Trustee for Evergreen International Aviation, Inc., *et al.*, | ) Adv. No. 15-51918 (MFW) |
| Plaintiff, | ) |
| v. | ) |
| WORLD FUEL SERVICES, INC., and EVERGREEN HOLDINGS, INC., | ) |
| Defendants. | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that pursuant to rule 9010-2(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Christopher A. Ward., Brenna A. Dolphin, and Polsinelli PC hereby withdraw as counsel to World Fuel Services, Inc. in the above-captioned adversary proceeding.

**PLEASE TAKE FURTHER NOTICE** that Nader A. Amer of the law firm of Carlton Fields, P.A. hereby enters his appearance as counsel for World Fuel Services, Inc. in the above-captioned adversary proceeding pursuant to section 1109(b) of title 11 of the United States Code,

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (0952); and Supertanker Services, Inc. (3389).

130346947.1

rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and rules 2002-1(d) and 9010-2(a) of the Local Rules, and request that copies of any and all notices and papers filed or entered in the above-captioned adversary proceeding be given to and served upon the following:

> **CARLTON FIELDS, P.A.**
> Nader A. Amer
> 700 NW 1st Avenue, Suite 1200
> Miami, FL 33136
> Telephone: 305-530-0050
> Facsimile: 305-530-0055
> E-mail: namer@carltonfields.com

**PLEASE TAKE FURTHER NOTICE** that this notice of substitution of counsel and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of World Fuel Services, Inc.: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a *de novo* review by a district court judge; (3) to have a trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) to any other rights, claims, actions, defenses, setoffs, or recoupments to which World Fuel Services, Inc. is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved. For the avoidance of doubt, filing this notice is not intended as, and shall not be, consent by World Fuel Services, Inc. to the entry of final orders and judgments in any case, proceeding, matter, or controversy if it is determined that the Court, absent

130346947.1

consent of World Fuel Services, Inc., cannot enter final orders or judgments consistent with Article III of the United States Constitution.

                              Respectfully submitted,

Dated: July 26, 2022

CARLTON FIELDS, P.A.

*/s/ Nader A. Amer*
Nader A. Amer (DE Bar No. 6635)
2 MiamiCentral
700 NW 1st Avenue, Suite 1200
Miami, Florida 33136-4118
Telephone: (305) 530-0050
Facsimile:  (305) 530-0055
Email: namer@carltonfields.com

Dated: July 26, 2022

POLISNELLI PC

*/s/ Brenna A. Dolphin*
Christopher A. Ward (No. 3877)
Brenna A. Dolphin (No. 5604)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: 302-252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
bdolphin@polsinelli.com